FILED
CLERK, U.S. DISTRICT COURT

NOV 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLEENA CHRISTINE ONTIVEROS,<br><br>Defendant. | Case No. 2:15-CR-0039-RGK-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2, 2021, Defendant Marleena Christine Ontiveros ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:15-CR-0039-RGK-1. The Court appointed Deputy Federal Public Defender Michael Brown as counsel for Defendant.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.    ☒    Defendant submitted to the Government's Request for Detention;

    B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Nature of instant allegations;
- Criminal history.

    C.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Nature of instant allegations;
- Criminal history.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 2, 2021

                                                            /s/
                                        MARIA A. AUDERO
                              UNITED STATES MAGISTRATE JUDGE